IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                    PLAINTIFF

V.                                                            CIVIL ACTION NO: 1:18-CV-172-SA-RP

NANCY BERRYHILL,
COMMISSIONER OF SOCIAL SECURITY                                  DEFENDANT

ORDER LIFTING STAY

This court stayed this case on March 21, 2019 pending a hearing scheduled for April 17,

2019. See Order [50]. During the hearing held on April 17, 2019, the court lifted the stay. As

such, the case shall proceed as usual.

SO ORDERED, this, the 17th day of April, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE