IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ZORRI N. RUSH                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO: 1:18-CV-172-SA-RP

NANCY BERRYHILL,
COMMISSIONER OF SOCIAL SECURITY                       DEFENDANT

ORDER DENYING REQUEST TO MAIL ORDER

Plaintiff Zorri N. Rush filed this case on September 12, 2018, seeking judicial review of an unfavorable decision of the Commissioner of Social Security as it related to his claim for supplemental security income benefits and disability insurance benefits. The Commissioner filed a Motion to Remand [72] on September 13, 2019. This Court entered an Order [74] granting the Defendant's Motion on October 25, 2019, and a copy of the Order was mailed to the Plaintiff on November 15, 2019. *See* Docket Entry [75].

Now before the Court is the Plaintiff's Motion [76] for the Final Judgment to be mailed to him. This Motion is DENIED as moot since a copy of the requested Order was mailed to the Plaintiff on November 15, 2019.

It is SO ORDERED on this the 3rd day of December, 2019.

                                                           /s/ Sharion Aycock
                                                           UNITED STATES DISTRICT JUDGE